1    Thomas B. Dixon – 014395
2    **DIXON LAW OFFICES, P.L.C.**
      343 W. Roosevelt St., Ste. 200
3    Phoenix, AZ  85003
      (602)258-8400
4    tom@dixonlawoffices.com
5    *Attorneys for Plaintiffs Filby and*
         *Assyrian Babylon, LLC*
6

7    Jonathan A. Dessaules, Esq.
      Douglas C. Wigley, Esq.
8    **DESSAULES LAW GROUP**
      5353 N. 16th St., Ste. 110
9    Phoenix, AZ  85016
10    *Attorneys for Majid Jajo and*
        *Four Brothers Success, LLC*
11

12    Richard A. Dillenburg, Esq. (013813)
      **RICHARD A. DILLENBURG, P.C.**
13    2173 East Warner Road, Suite 101
      Tempe, Arizona  85284-3503
14    Telephone:  (480) 668-1924
      Fax:  (480) 831-7438
15    rich@dillenburglaw.com
16    *Attorneys for Plaintiffs*

17

18
                               **UNITED STATES DISTRICT COURT**
19
                                    **DISTRICT OF ARIZONA**
20

| | |
|---|---|
| 21    FOUR BROTHERS SUCCESS, L.L.C., an Arizona limited liability company, | Case No.  2:13-cv-00068-PHX-SRB (Consolidated Action) |
| 22 | |
| 23       Plaintiff, | **NOTICE OF SERVICE OF PLAINTIFFS' SUPPLEMENTAL DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(a)(3)** |
| 24    vs. | |
| 25    AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation | |
| 26 | |

1

| | |
|---|---|
| Defendant. | |
| MAJID JAJO, an individual, | Case No. 2:13-CV00069-PHX-SRB |
| Plaintiff, | |
| vs. | |
| AUTO-OWNERS INSRUANCE COMPANY, a Michigan corporation, | |
| Defendant. | |
| CAROLE A. FILBY, an individual and ASSYRIAN BABYLON, L.L.C., an Arizona limited liability company, | Case No.  2:14-cv-00930-PHX-ROS |
| Plaintiffs, | |
| vs. | |
| AUTO-OWNERS INSURANCE COMPANY, a foreign corporation; JOHN and JANE DOES I-X, fictitious individuals; and AB C CORPORATIONS I-X, fictitious entities, | |
| Defendants. | |

Plaintiffs, through undersigned counsel, give notice of their service of Plaintiffs' Supplemental Disclosure Statement Pursuant to Federal Rules of Civil Procedure Rule 26(a)(3) to Defendant Auto-Owners Insurance Company via U.S. Mail on September 1, 2015.

/ / / /

/ / / /

/ / / /

/ / / /

2

Dated: September 1, 2015

          RICHARD A. DILLENBURG, P.C.

          /s/ Richard A. Dillenburg
          Richard A. Dillenburg
          2173 East Warner Road, Suite 101
          Tempe, Arizona  85284
          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and that a paper copy was mailed by U. S. Mail, postage prepaid this same day, to:

Kevin c. Barrett, Esq.
Amanda J. Taylor, Esq.
GRAIF BARRETT & MATURA, P.C.
1850 N. Central Ave., Ste. 500
Phoenix, AZ  85004
*Attorneys for Auto-Owners Insurance Company*

And to:

Thomas B. Dixon
DIXON LAW OFFICES, P.L.C.
343 W. Roosevelt St., Ste. 200
Phoenix, AZ  85003
*Attorneys for Plaintiffs*

Jonathan A. Dessaules, Esq.
Douglas C. Wigley, Esq.
DESSAULES LAW GROUP
5353 N. 16th St., Ste. 110
Phoenix, AZ  85016
*Attorneys for Majid Jajo and*
 *Four Brothers Success, LLC*

By:   /s/  Jyl Babbitt

3