| | |
|---|---|
| 1 | Thomas B. Dixon - 014395 |
| 2 | **DIXON LAW OFFICES, P.L.C.**<br>343 W. Roosevelt St., Ste. 200 |
| 3 | Phoenix, AZ  85003<br>(602) 258-8400 |
| 4 | *tom@dixonlawoffices.com* |
| 5 | Attorneys for Plaintiffs/Counterdefendants |
| 6 |   Carole A. Filby and Assyrian Babylon, LLC |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Four Brothers Success, L.L.C., an Arizona limited liability company, | ) ) ) | Case No. 2:13-cv-00068-PHX-SRB |
| | ) | (Consolidated Action) |
| Plaintiff, | ) ) | |
| v. | ) | **NOTICE OF SERVICE** |
| Auto-Owners Insurance Company, a Michigan corporation, | ) ) ) | (Assigned to the Hon. Susan R. Bolton) |
| | ) | |
| Defendant. | ) ) | |
| _____ | ) | Case No. 2:13-cv-00069-PHX-SRB |
| Majid Jajo, an individual, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| Auto-Owners Insurance Company, a Michigan corporation, | ) ) ) | |
| Defendant | ) ) | |
| _____ | ) | Case No. 2:14-CV-00930-PHX-ROS |
| Carole A. Filby, an individual; and Assyrian Babylon, L.L.C., an Arizona limited liability company, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| Auto-Owners Insurance Company, a foreign corporation; John and Jane Does I-X, fictitious individuals; and ABC Corporations I-X, fictitious entities, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | | |

| | |
|---|---|
| 1 | Auto-Owners Insurance Company, a Michigan corporation, |
| 2 | Counterclaimant, |
| 3 | v. |
| 4 | Carole A. Filby, an individual; and Assyrian Babylon, L.L.C., an Arizona limited liability company, |
| 5 | |
| 6 | Counterdefendants. |
| 7 | Auto-Owners Insurance Company, a Michigan corporation, |
| 8 | Third-Party Plaintiff, |
| 9 | v. |
| 10 | Majid Jajo and Jane Doe Jajo, |
| 11 | Third-Party Defendants. |
| 12 | |

Plaintiffs/Counterdefendants Carole A. Filby and Assyrian Babylon, LLC, through their undersigned counsel, give notice of their service, by e-mail and U.S. Mail, of Carole A. Filby and Assyrian Babylon, LLC's Third Supplemental Disclosure Statement, Including Expert Rebuttal Disclosures. This disclosure is being produced one day past the due date because undersigned counsel's building was part of a 36-hour power outage from a storm on August 31st, resulting in a loss of phone service, computers, lights and air conditioning until today's date. Opposing counsel has confirmed that he does not object to the extra day under the circumstances, and a call was placed to Judge Bolton's Court on September 1st to apprise the Court of the emergency situation.

DATED this 2nd day of September, 2015.

**DIXON LAW OFFICES, P.L.C.**

By /s/Thomas B. Dixon
    Thomas B. Dixon, Esq.
    Attorneys for Plaintiffs/Counterdefendants
    Carole A. Filby and Assyrian Babylon, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Kevin C. Barrett, Esq.<br>Amanda J. Taylor, Esq.<br>Graif, Barrett & Matura, P.C.<br>1850 N. Central Ave., Suite 500<br>Phoenix, AZ 85004<br>Attorneys for Defendant/Counterclaimant/<br>   Third-Party Plaintiff Auto-Owners Ins. Co. | Jonathan A. Dessaules, Esq.<br>Douglas C. Wigley, Esq.<br>Dessaules Law Group<br>5353 N. 16th St., Suite 110<br>Phoenix, AZ 85016<br>Attorneys for Majid Jajo and<br>   Four Brothers Success, LLC |

Richard A. Dillenburg, Esq.
RICHARD A. DILLENBURG, P.C.
2173 East Warner Road, Suite 101
Tempe, Arizona  85284-3503
Attorneys for Plaintiffs Four Brothers
   Success, LLC, Majid Jajo, Carole Filby
   and Assyrian Babylon, LLC


By  /s/Laura M. Krajewski